IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GREATER KANSAS CITY LABORERS PENSION FUND, et al., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 04-0562-CV-W-GAF |
| GOLD STAR MASONRY CONSTRUCTION, INC., | ) ) | |
| Defendant, | ) ) | |
| and | ) ) | |
| LAWHON CONSTRUCTION COMPANY, | ) ) | |
| Garnishee. | ) | |

ORDER

The Court has reviewed Garnishors' Motion and Suggestions for Order Directing Garnishee to Pay Garnishment Proceeds to Plaintiffs-Garnishors filed on July 29, 2005, as well as the garnishee's Answers to Interrogatories to Garnishee and the judgment entered in this cause. Having been fully advised in the premises, it is hereby

ORDERED that the garnishee, is to pay the sum of Twenty-Four Thousand Six Hundred Ninety-Five and 95/100 Dollars ($24,695.95) into Court and that within ten (10) days thereafter, the Clerk of the Court pay the sum Twenty-Four Thousand Six Hundred Ninety-Five and 95/100 ($24,695.95) Dollars to the garnishors with the check being made payable to the "Greater Kansas City Laborers Fringe Benefit Funds".

/s/ Gary A. Fenner

GARY A. FENNER, JUDGE

United States District Court

DATED:    August 1, 2005